JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, on behalf of himself and all others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> DSW SHOE WAREHOUSE, INC., <br><br> Defendant. | Case No. 2:14-cv-06870-AB-CW <br><br> [PROPOSED] ORDER OF DISMISSAL |

Pursuant to the parties' Stipulation Of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. **Dismissal Of Action.** The action is dismissed with prejudice, and without costs or fees, as to plaintiff Dwain Lammey. The action is dismissed without prejudice, and without costs or fees, as to any other person who could have been a member of the class alleged in the Complaint.

2. **No Admissions.** This Dismissal may not be construed or used as an

1 admission or concession by or against Defendant of the validity of any claim or
2 any actual or potential fault, wrongdoing, or liability.

3          3.     **Continuing Jurisdiction.**  Without affecting the finality of this
4 Dismissal, the Court shall retain exclusive and continuing jurisdiction over the
5 above-captioned action for purposes of enforcing the terms of the settlement
6 between the parties.

8          **IT IS SO ORDERED.**

10 Dated:  May 8, 2015

   Honorable André Birotte Jr.
   United States District Court